**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMELVIN BATES,

      Plaintiff,

  v.

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

      Defendant.

_____/

No. C 16-02997 JSW

**ORDER TO SHOW CAUSE REGARDING
FAILURE TO APPEAR**

      By order dated June 20, 2016, this Court set the initial case management conference for September 9, 2016, and required personal appearances by lead counsel.  On Friday, September 9, 2016, this Court held the initial case management conference in this matter.  Lead counsel for Defendant did not appear.

      Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $250.00.  Defendant's response to this Order to Show Cause shall be due by September 16, 2016.

      **IT IS SO ORDERED.**

Dated:   September 9, 2016

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE