Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMELVIN BATES, | ) |
| | ) |
|   Plaintiff, | ) **Case No.: 2:15-cv-07323-ODW-JPR** |
|  v. | ) |
| | ) |
| BLUESTEM BRANDS, INC. d/b/a | ) **STIPULATION FOR DISMISSAL** |
| FINGERHUT, | ) **OF ACTION WITH PREJUDICE** |
| | ) |
|   Defendants. | ) |
| | ) |
| | ) |

TO THE CLERK:

  Plaintiff, DEMELVIN BATES (herein after "Plaintiff"), and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

  1. This matter is resolved between the parties.

  2. The Parties to the litigation have now entered into this Joint Motion.

  3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this action with prejudice.

| | |
|---|---|
| /S/ Hunter R. Eley | /S/ Amy L. Bennecoff Ginsburg |
| Hunter R. Eley Esq. | Amy L. Bennecoff Ginsburg Esq. |
| Doll Amir & Eley LLP | Kimmel & Silverman, P.C. |
| 1888 Century Park East, Suite 1850 | 30 East Butler Pike |
| Los Angeles CA 90067 | Ambler, PA 19002 |
| Phone: (310) 557-9100 | Phone: (215) 540-8888 |
| Fax: (310) 557-9101 | Fax: (215) 540-8817 |
| Email:heley@dollamir.com | Email: aginsburg@creditlaw.com |
| Attorney for Defendants | Attorney for the Plaintiff |
| | |
| Date: May 22, 2017 | Date: May 22, 2017 |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter R. Eley, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: May 22, 2017    Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of May, 2017:

Hunter R. Eley Esq.
Doll Amir & Eley LLP
1888 Century Park East,
Suite 1850
Los Angeles CA 90067
Phone: (310) 557-9100
Fax: (310) 557-9101
Email:heley@dollamir.com

DATED:  May 22, 2017          /s/ Amy L. Bennecoff Ginsburg
                              Amy L. Bennecoff Ginsburg Esq.
                              Attorney for Plaintiff